**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Landash Corporation** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1038053** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**885 Sternberger Rd.**
**Jackson, OH 45640**
Number, Street, City, State & ZIP Code

**Jackson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Landash Corporation**
_____      Case number (*if known*) _____
        Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor   **Landash Corporation**
        Name

Case number (*if known*) _____

---

**11. Why is the case filed in**
**this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**
**have possession of any**
**real property or personal**
**property that needs**
**immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of**
**available funds**     .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**
**creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Landash Corporation**                                          Case number (*if known*) _____
    Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 22, 2018**
    MM / DD / YYYY

X **/s/ Jason Adkins**                                 **Jason Adkins**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ John W. Kennedy**                              Date **January 22, 2018**
Signature of attorney for debtor                       MM / DD / YYYY

**John W. Kennedy 0042672**
Printed name

**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
Firm name

**575 S. Third St**
**Columbus, OH 43215**
Number, Street, City, State & ZIP Code

Contact phone  **614-228-6345**    Email address _____

**0042672**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Landash Corporation</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF OHIO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>January 22, 2018</u>    *X* **/s/ Jason Adkins**
                                          Signature of individual signing on behalf of debtor

                                          **Jason Adkins**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Landash Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

---

**Part 1:   Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $              **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $     **3,422,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................   $     **3,422,000.00**

---

**Part 2:   Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **9,386,405.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $              **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$     **10,553,037.00**

4.   Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                    $     **19,939,442.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Landash Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Landash Corporation** | | Case number *(If known)* | |
|--------|------------------------|---|---------------------------|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 20. | **Work in progress** | | | |
| 21. | **Finished goods, including goods held for resale** | | | |
| 22. | **Other inventory or supplies** | | | |
| | **Inventory (Jenvic): 16 Bridgestone 50/90R57 new tires; 2 Michelin 50/90R57 new tires; 2 Michelin 4000R57 new tires; 12 Michelin 59/80R63 used tires** | | $0.00 | $530,000.00 |
| | **Inventory (Abington): 24 Michelin 4000R57 new tires** | | $0.00 | $600,000.00 |
| | **Inventory (GSL):  24 Goodyear 46/90R57 new tires; 12 Goodyear 59/80R63 new tires** | | $0.00 | $960,000.00 |
| | **Inventory (Vecron): 7 Goodyear 46/90R57 new tires; 12 Goodyear 59/80R63 new tires; 17 Goodyear 46/90R57 new tires** | | $0.00 | $960,000.00 |
| | **Inventory:  1 Bridgestone 53/80R63 new tire; 6 Michelin 55/80R63 used tires; 12 Michelin 59/80R63 used tires; 9 Bridgestone 59/80R63 used tires; 1 Goodyear 46/90R57 new tire** | | $0.00 | $327,000.00 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $3,377,000.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---------|-----|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Landash Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2016 Land Rover Range Rover Sport** | **$0.00** | | **$45,000.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

| 51. | **Total of Part 8.** | | **$45,000.00** |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 9:</td><td>Real property</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>Intangibles and intellectual property</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 11:</td><td>All other assets</td></tr>
</table>

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3 |
|---|---|---|

| Debtor | **Landash Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Landash Corporation**                                    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,377,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $45,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,422,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,422,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Landash Corporation**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Abington Emerson Capital** | Describe debtor's property that is subject to a lien | $1,430,000.00 | $600,000.00 |
|---|---|---|---|---|

Creditor's Name

**11100 Santa Monica Blvd., Ste. 260 Los Angeles, CA 90025**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Inventory (Abington): 24 Michelin 4000R57 new tires**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Great Southland Ltd.** | Describe debtor's property that is subject to a lien | $2,400,000.00 | $960,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Matthew S. Brown 366 East Broad St. Columbus, OH 43215**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Inventory (GSL):  24 Goodyear 46/90R57 new tires; 12 Goodyear 59/80R63 new tires**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Landash Corporation** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ **No**
☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Jenvic Holdings, LLC** | Describe debtor's property that is subject to a lien | $2,600,000.00 | $530,000.00 |
|---|---|---|---|---|

Creditor's Name

**Inventory (Jenvic): 16 Bridgestone 50/90R57 new tires; 2 Michelin 50/90R57 new tires; 2 Michelin 4000R57 new tires; 12 Michelin 59/80R63 used tires**

**11555 Capitan Ln.
Frisco, TX 75033**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☐ email address, if known    ☑ **No**
☐ **Yes**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ **No**

**Date debt was incurred**

☑ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ **No**
☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Land Rover Financial** | Describe debtor's property that is subject to a lien | $56,405.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**2016 Land Rover Range Rover Sport**

**PO Box 78069
Phoenix, AZ 85062**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ **No**
☐ **Yes**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ **No**

**Date debt was incurred**

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ **No**
☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Vecron Exim, Ltd.** | Describe debtor's property that is subject to a lien | $2,900,000.00 | $960,000.00 |
|---|---|---|---|---|

Creditor's Name

**Inventory (Vecron): 7 Goodyear 46/90R57 new tires; 12 Goodyear 59/80R63 new tires; 17 Goodyear 46/90R57 new tires**

**9120 Double Diamond Pkwy
Reno, NV 89521**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ **No**

---

Debtor    **Landash Corporation**
_____
Name

Case number (if know) _____

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| |
|---|
| $9,386,405.0 0 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aaron M. Cole**<br>**Thomas & Thomas**<br>**2323 Park Ave**<br>**Cincinnati, OH 45206** | Line _2.5_ | |
| **Maria C. Klutinoty Edwards**<br>**Tzangas Plakas Mannos LLP**<br>**220 Market Ave. S., 8th Fl.**<br>**Canton, OH 44702** | Line _2.1_ | |
| **Matthew S. Brown**<br>**Carlile Patchen & Murphey**<br>**366 East Broad St.**<br>**Columbus, OH 43215** | Line _2.2_ | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name __**Landash Corporation**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF OHIO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
<tr>
<td>3.1</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
<b>Addison Holdings, LLC</b><br>
<b>6410 Business Park Loop, Unit B</b><br>
<b>Park City, UT 84098</b><br><br>
<b>Date(s) debt was incurred</b> _<br><br>
<b>Last 4 digits of account number</b> _
</td>
<td>
<b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> _<br><br>
Is the claim subject to offset? ■ No ☐ Yes
</td>
<td><b>$1,820,000.00</b></td>
</tr>
<tr>
<td>3.2</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
<b>Amy New Love</b><br>
<b>3935 Vana Dr.</b><br>
<b>Sarasota, FL 34241</b><br><br>
<b>Date(s) debt was incurred</b> _<br><br>
<b>Last 4 digits of account number</b> _
</td>
<td>
<b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> _<br><br>
Is the claim subject to offset? ■ No ☐ Yes
</td>
<td><b>$33,000.00</b></td>
</tr>
<tr>
<td>3.3</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
<b>Ashli Page</b><br>
<b>4557 Lorraine Ave.</b><br>
<b>Dallas, TX 75205</b><br><br>
<b>Date(s) debt was incurred</b> _<br><br>
<b>Last 4 digits of account number</b> _
</td>
<td>
<b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> _<br><br>
Is the claim subject to offset? ■ No ☐ Yes
</td>
<td><b>$120,000.00</b></td>
</tr>
<tr>
<td>3.4</td>
<td>
<b>Nonpriority creditor's name and mailing address</b><br>
<b>Bobo Trust</b><br>
<b>100 Nurad Rd.</b><br>
<b>Athens, OH 45701</b><br><br>
<b>Date(s) debt was incurred</b> _<br><br>
<b>Last 4 digits of account number</b> _
</td>
<td>
<b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> _<br><br>
Is the claim subject to offset? ■ No ☐ Yes
</td>
<td><b>$80,000.00</b></td>
</tr>
</table>

| Debtor | **Landash Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,000.00 |
|---|---|---|---|

**Brent Bobo**
**100 Nurad Rd.**
**Athens, OH 45701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200,000.00 |
|---|---|---|---|

**Bruce Hann/Jan Shroy**
**745 Hann Ln.**
**Athens, OH 45701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Calrex, LLC**
**4217 Nighfall Dr.**
**Plano, TX 75093**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,188.00 |
|---|---|---|---|

**Cap Call, LLC**
**c/o Jacob Verstandig**
**122 East 42nd St., Ste. 2112**
**New York, NY 10168**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136,601.00 |
|---|---|---|---|

**Capital Advance Services LLC**
**30 Broad St., Ste. 14108**
**New York, NY 10004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625,333.00 |
|---|---|---|---|

**Capital Stack, LLC**
**11 Broadway, Ste. 814**
**New York, NY 10004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Casey Dunfee**
**225 Louise Ln.**
**Athens, OH 45701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Landash Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**CR Pratt**
**69 Nurad Rd.**
**Athens, OH 45701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$730,000.00** |
|---|---|---|---|

**Craig Donley**
**8657 Cavecreek Ct.**
**Powell, OH 43065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,500.00** |
|---|---|---|---|

**Dave Vosefski**
**6854 Stagecoach Rd. NW**
**Rushville, OH 43150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**David Edwards**
**16025 South 50th, Apt. 1045**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600,000.00** |
|---|---|---|---|

**David Faulkner**
**4524 N. Versailles Ave.**
**Dallas, TX 75205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225,000.00** |
|---|---|---|---|

**David Lusk**
**1336 Hanley Rd.**
**Jackson, OH 45640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**EIN Capital**
**160 Pearl St., 5th Fl.**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Landash Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **Eric Shook** | ☐ Contingent | |
| | **135 N. Washington St.** | ☐ Unliquidated | |
| | **Tiffin, OH 44883** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$550,000.00** |
|---|---|---|---|
| | **Filoquip Resources LLC** | ☐ Contingent | |
| | **1000 N. Green Valley Pkwy** | ☐ Unliquidated | |
| | **Henderson, NV 89074** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|
| | **H2M** | ☐ Contingent | |
| | **3515 Boulder Ridge** | ☐ Unliquidated | |
| | **Maumee, OH 43537** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|
| | **Jack Radke** | ☐ Contingent | |
| | **3501 N. Central Expy** | ☐ Unliquidated | |
| | **McKinney, TX 75071** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350,000.00** |
|---|---|---|---|
| | **Jamie Edwards** | ☐ Contingent | |
| | **2940 E. Hartford Ave.** | ☐ Unliquidated | |
| | **Phoenix, AZ 85032** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130,000.00** |
|---|---|---|---|
| | **Josh Hebb** | ☐ Contingent | |
| | **410 Nurab Rd.** | ☐ Unliquidated | |
| | **Athens, OH 45701** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Knight Nguyen Investments** | ☐ Contingent | |
| | **23603 W. Fernhurst, Ste. 2104** | ☐ Unliquidated | |
| | **Katy, TX 77494** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Landash Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550,000.00**

Legends Group
12636 High Bluff Dr.
San Diego, CA 92130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Loan Me
1900 S. State College Blvd., #300
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

Nate Hines
1598 Greenview Dr.
Grove City, OH 43123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

Nick Lather
722 Lancaster St.
Marietta, OH 45750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

Payroll Funding Co., LLC
2809 High Sail Ct.
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$677,328.00**

Retail Capital LLC dba Credibly
1250 Kirts Blvd., Ste. 100
Troy, MI 48084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

Rob Schroeder
5852 Sweetgum Dr.
Monclova, OH 43542

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Landash Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,087.00** |
|---|---|---|---|

**Sandstone Funding, LLC**
c/o Douglas E. Robinson
**122 East 24nd St., Ste. 2112**
**New York, NY 10168**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Shawn Dubziak**
**2143 Kevin Ct. NE**
**New Philadelphia, OH 44663**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375,000.00** |
|---|---|---|---|

**Steven Tye**
**520 Shepherd Ave.**
**Winter Park, FL 32789**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|

**Tim Mages**
**2853 Arabian Ct. NE**
**Marietta, GA 30062**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**WBL SPO 1, LLC**
**101 Hudson St., 33d Floor**
**Jersey City, NJ 07302**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrew M. Edison**<br>**Edison McDowell & Hetherington LLP**<br>**3200 Southwest Freeway, Ste. 2100**<br>**Houston, TX 77027** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Szalyga**<br>**11 Broadway, Ste. 814**<br>**New York, NY 10004** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Landash Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3    **Joseph M. Ruwe**<br>**5181 Natorp Blvd., Ste. 202**<br>**Cincinnati, OH 45249** | Line **3.37**<br><br>☐   Not listed. Explain ____ | _ |
| 4.4    **Renata Bukhman**<br>**17 State St., Ste. 400**<br>**New York, NY 10004** | Line **3.9**<br><br>☐   Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,553,037.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,553,037.00 |

**Fill in this information to identify the case:**

Debtor name      **Landash Corporation**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest     **Month to month warehouse lease** | |
| State the term remaining | |
| List the contract number of any government contract | **XPO Logistics Houston, TX** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Landash Corporation**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jason E. Adkins** | | **Jenvic Holdings, LLC** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Jason E. Adkins** | | **Great Southland Ltd.** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Jason E. Adkins** | | **Vecron Exim, Ltd.** | ■ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Jason E. Adkins** | | **Abington Emerson Capital** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Jason E. Adkins** | | **Addison Holdings, LLC** | ☐ D _____ <br> ■ E/F ___3.1___ <br> ☐ G _____ |

Debtor   **Landash Corporation**                                          Case number *(if known)* _____

▮  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6  **Jason E. Adkins** | **Steven Tye** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.7  **Jason E. Adkins** | **Capital Stack, LLC** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.8  **Jason E. Adkins** | **Capital Advance Services LLC** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.9  **Jason E. Adkins** | **Retail Capital LLC dba Credibly** | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.10  **Jason E. Adkins** | **Bruce Hann/Jan Shroy** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.11  **Jason E. Adkins** | **Brent Bobo** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.12  **Jason E. Adkins** | **Bobo Trust** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.13  **Jason E. Adkins** | **CR Pratt** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Landash Corporation** | Case number *(if known)* | |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | Jason E. Adkins | Jamie Edwards | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.15 | Jason E. Adkins | David Edwards | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.16 | Jason E. Adkins | Eric Shook | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.17 | Jason E. Adkins | Rob Schroeder | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.18 | Jason E. Adkins | Josh Hebb | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.19 | Jason E. Adkins | Shawn Dubziak | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.20 | Jason E. Adkins | Amy New Love | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.21 | Jason E. Adkins | Nate Hines | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |

Debtor    **Landash Corporation**                                    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|

2.22   **Jason E. Adkins**        **H2M**
☐ D _____
■ E/F   **3.21**
☐ G _____

2.23   **Jason E. Adkins**        **Casey Dunfee**
☐ D _____
■ E/F   **3.11**
☐ G _____

2.24   **Jason E. Adkins**        **Dave Vosefski**
☐ D _____
■ E/F   **3.14**
☐ G _____

2.25   **Jason E. Adkins**        **Jack Radke**
☐ D _____
■ E/F   **3.22**
☐ G _____

2.26   **Jason E. Adkins**        **David Lusk**
☐ D _____
■ E/F   **3.17**
☐ G _____

2.27   **Jason E. Adkins**        **Nick Lather**
☐ D _____
■ E/F   **3.29**
☐ G _____

2.28   **Jason E. Adkins**        **Loan Me**
☐ D _____
■ E/F   **3.27**
☐ G _____

2.29   **Jason E. Adkins**        **Payroll Funding Co., LLC**
☐ D _____
■ E/F   **3.30**
☐ G _____

**Fill in this information to identify the case:**

Debtor name    **Landash Corporation**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$160,000.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$8,125,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Landash Corporation**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Abbington Emerson Capital, LLC v. Landash Corp.** 17-cv-00143 | **Contract** | **U.S. District Court, S.D. Ohio** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Great Southland Ltd. v. Landash Corp.** 17-cv-00719 | **Collection** | **U.S. District Court, S.D. Ohio** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Knight Nguyen Investments v. Landash Corp.** 16-DCV-231670 | **Contract** | **Dist. Court of Fort Bend County, Texas** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. **Vecron Exim Ltd. v. Landash Corp.** 16-CIV-0218 | **Contract** | **Jackson County Common Pleas Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Cap Call, LLC V. Landash Corp.** 17-802768 | **Confession of judgment** | **Supreme Court of New York, Erie County** | ☐ Pending ☐ On appeal ■ Concluded |

Debtor    **Landash Corporation**                                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Capital Advance Services v. Landash Corp.**<br>**17-805476** | **Confession of judgment** | **Supreme Court of New York, Erie County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Capital Stack, LLC v. Landash Corp.**<br>**EF006132-2017** | **Confession of Judgment** | **Supreme Court of New York, Orange County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Sandstone Funding LLC v. Landash Corp.**<br>**59480/17** | **Confession of Judgment** | **Supreme Court of New York, Westchester C** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **WBL SPO 1, LLC v. Landash Corp.**<br>**17 CIV 0101** | **Foreclosure** | **Common Pleas Court, Jackson County Ohio** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Landash Corporation**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Strip Hoppers Leithart McGrath & Terleck 575 S. Third St Columbus, OH 43215** | **Retainer of $35,000 paid by Iron City, LLC on August 1, 2017; applied to attorney fees for litigation defense, bankruptcy planning, preparation of schedules and statements; approximately $20,000 remaining in trust at time of filing.** | **August 1, 2017** | **$35,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Iron City, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Landash Corporation**                                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☒ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☒ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | XXXX- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 2017** | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **XPO Logistics**<br>**Houston, TX** | **Jason E. Adkins** | **Tire inventory** | ☐ No<br>☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☒ None

Debtor    **Landash Corporation**                                             Case number *(if known)* _____

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.    **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.    **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Fox & Byrd**<br>      **Dallas, TX** | |
| 26a.2.    **Clarus Partners**<br>      **Columbus, OH** | |

Debtor   **Landash Corporation**                                             Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Intellex Forensics** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Jason E. Adkins** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| 27.1. | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | Jason E. Adkins | October 2017 | Same as scheduled |
| | Name and address of the person who has possession of inventory records | | |
| | Jason E. Adkins | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jason E. Adkins | 885 Sternberger Rd. Jackson, OH 45640 | Sole shareholder, director | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor   **Landash Corporation**                                                      Case number *(if known)* _____

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Landash Corporation**
Case number *(if known)*

---

**Part 14:**    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 22, 2018**

**/s/ Jason Adkins**
Signature of individual signing on behalf of the debtor

**Jason Adkins**
Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Landash Corporation** _____    Case No. _____
                                    Debtor(s)            Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | Hourly |
    | Prior to the filing of this statement I have received | $ | **35,000.00** |
    | Balance Due | $ | **Unknown** |

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify):    **Iron City, LLC**

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☑ Other (specify):    **From retainer**

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Pre-petition litigation defense and discovery.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtor in any relief from stay actions or any other adversary proceeding, Trustee audits,or
        any post-petition services.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 19, 2018** _____        **/s/ John W. Kennedy** _____
_Date_                                            **John W. Kennedy 0042672**
                                                  _Signature of Attorney_
                                                  **Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
                                                  **575 S. Third St**
                                                  **Columbus, OH 43215**
                                                  **614-228-6345  Fax: 614-228-6369**
                                                  _Name of law firm_

---

AARON M. COLE
THOMAS & THOMAS
2323 PARK AVE
CINCINNATI, OH 45206

ABINGTON EMERSON CAPITAL
11100 SANTA MONICA BLVD., STE. 260
LOS ANGELES, CA 90025

ADDISON HOLDINGS, LLC
6410 BUSINESS PARK LOOP, UNIT B
PARK CITY, UT 84098

AMY NEW LOVE
3935 VANA DR.
SARASOTA, FL 34241

ANDREW M. EDISON
EDISON MCDOWELL & HETHERINGTON LLP
3200 SOUTHWEST FREEWAY, STE. 2100
HOUSTON, TX 77027

ASHLI PAGE
4557 LORRAINE AVE.
DALLAS, TX 75205

BOBO TRUST
100 NURAD RD.
ATHENS, OH 45701

BRENT BOBO
100 NURAD RD.
ATHENS, OH 45701

BRUCE HANN/JAN SHROY
745 HANN LN.
ATHENS, OH 45701

CALREX, LLC
4217 NIGHFALL DR.
PLANO, TX 75093

CAP CALL, LLC
C/O JACOB VERSTANDIG
122 EAST 42ND ST., STE. 2112
NEW YORK, NY 10168

CAPITAL ADVANCE SERVICES LLC
30 BROAD ST., STE. 14108
NEW YORK, NY 10004

CAPITAL STACK, LLC
11 BROADWAY, STE. 814
NEW YORK, NY 10004

CASEY DUNFEE
225 LOUISE LN.
ATHENS, OH 45701

CR PRATT
69 NURAD RD.
ATHENS, OH 45701

CRAIG DONLEY
8657 CAVECREEK CT.
POWELL, OH 43065

DAVE VOSEFSKI
6854 STAGECOACH RD. NW
RUSHVILLE, OH 43150

DAVID EDWARDS
16025 SOUTH 50TH, APT. 1045
PHOENIX, AZ 85048

DAVID FAULKNER
4524 N. VERSAILLES AVE.
DALLAS, TX 75205

DAVID LUSK
1336 HANLEY RD.
JACKSON, OH 45640

DAVID SZALYGA
11 BROADWAY, STE. 814
NEW YORK, NY 10004

EIN CAPITAL
160 PEARL ST., 5TH FL.
NEW YORK, NY 10005

ERIC SHOOK
135 N. WASHINGTON ST.
TIFFIN, OH 44883

FILOQUIP RESOURCES LLC
1000 N. GREEN VALLEY PKWY
HENDERSON, NV 89074

GREAT SOUTHLAND LTD.
C/O MATTHEW S. BROWN
366 EAST BROAD ST.
COLUMBUS, OH 43215

H2M
3515 BOULDER RIDGE
MAUMEE, OH 43537

JACK RADKE
3501 N. CENTRAL EXPY
MCKINNEY, TX 75071

JAMIE EDWARDS
2940 E. HARTFORD AVE.
PHOENIX, AZ 85032

JENVIC HOLDINGS, LLC
11555 CAPITAN LN.
FRISCO, TX 75033

JOSEPH M. RUWE
5181 NATORP BLVD., STE. 202
CINCINNATI, OH 45249

JOSH HEBB
410 NURAB RD.
ATHENS, OH 45701

KNIGHT NGUYEN INVESTMENTS
23603 W. FERNHURST, STE. 2104
KATY, TX 77494

LAND ROVER FINANCIAL
PO BOX 78069
PHOENIX, AZ 85062

LEGENDS GROUP
12636 HIGH BLUFF DR.
SAN DIEGO, CA 92130

LOAN ME
1900 S. STATE COLLEGE BLVD., #300
ANAHEIM, CA 92806

MARIA C. KLUTINOTY EDWARDS
TZANGAS PLAKAS MANNOS LLP
220 MARKET AVE. S., 8TH FL.
CANTON, OH 44702

MATTHEW S. BROWN
CARLILE PATCHEN & MURPHEY
366 EAST BROAD ST.
COLUMBUS, OH 43215

NATE HINES
1598 GREENVIEW DR.
GROVE CITY, OH 43123

NICK LATHER
722 LANCASTER ST.
MARIETTA, OH 45750

PAYROLL FUNDING CO., LLC
2809 HIGH SAIL CT.
LAS VEGAS, NV 89117

RENATA BUKHMAN
17 STATE ST., STE. 400
NEW YORK, NY 10004

RETAIL CAPITAL LLC DBA CREDIBLY
1250 KIRTS BLVD., STE. 100
TROY, MI 48084

ROB SCHROEDER
5852 SWEETGUM DR.
MONCLOVA, OH 43542

SANDSTONE FUNDING, LLC
C/O DOUGLAS E. ROBINSON
122 EAST 24ND ST., STE. 2112
NEW YORK, NY 10168

SHAWN DUBZIAK
2143 KEVIN CT. NE
NEW PHILADELPHIA, OH 44663

STEVEN TYE
520 SHEPHERD AVE.
WINTER PARK, FL 32789

TIM MAGES
2853 ARABIAN CT. NE
MARIETTA, GA 30062

VECRON EXIM, LTD.
9120 DOUBLE DIAMOND PKWY
RENO, NV 89521

WBL SPO 1, LLC
101 HUDSON ST., 33D FLOOR
JERSEY CITY, NJ 07302

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Landash Corporation**

_____

Debtor(s)

Case No. _____

Chapter    **7**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Landash Corporation**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 22, 2018**
_____

Date

**/s/ John W. Kennedy**
_____

**John W. Kennedy 0042672**

Signature of Attorney or Litigant

Counsel for    **Landash Corporation**
_____

**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**

**575 S. Third St**
**Columbus, OH 43215**
**614-228-6345 Fax:614-228-6369**