# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 18-50300 | | | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|---|
| Case Name: | LANDASH CORPORATION | | | Date Filed (f) or Converted (c): | 01/22/2018 (f) |
| For the Period Ending: | 07/05/2022 | | | §341(a) Meeting Date: | 03/19/2018 |
| | | | | Claims Bar Date: | 07/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Inventory (Jenvic): 16 Bridgestone 50/90R57 new tires; 2 Michelin 50/90R57 new tires; 2 Michelin 4000R57 new tires; 12 Michelin 59/80R63 used tires | $530,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  SEE ASSET #3 BELOW | | | | | |
| 2  Inventory (Abington): 24 Michelin 4000R57 new tires | $600,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  SEE ASSET #3 BELOW | | | | | |
| 3  Inventory (GSL): 24 Goodyear 46/90R57 new tires; 12 Goodyear 59/80R63 new tires | $960,000.00 | $0.00 | | $2,146,825.56 | FA |
| Asset Notes:  FUNDS COLLECTED BY TRUSTEE REPRESENTS SALE OF ASSETS #1 - #5. | | | | | |
| 4  Inventory (Vecron): 7 Goodyear 46/90R57 new tires; 12 Goodyear 59/80R63 new tires; 17 Goodyear 46/90R57 new tires | $960,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  SEE ASSET #3 ABOVE | | | | | |
| 5  Inventory: 1 Bridgestone 53/80R63 new tire; 6 Michelin 55/80R63 used tires; 12 Michelin 59/80R63 used tires; 9 Bridgestone 59/80R63 used tires; 1 Goodyear 46/90R57 new tire | $327,000.00 | $1.00 | | $0.00 | FA |
| Asset Notes:  SEE ASSET #3 ABOVE | | | | | |
| 6  2016 Land Rover Range Rover Sport | $45,000.00 | $0.00 | | $0.00 | $1.00 |
| 7  Potential fraudulent transfers  (u) | Unknown | $1.00 | | $0.00 | $1.00 |
| 8  Wells Financing,. Inc. adversary proceeding compromise settlement  (u) | Unknown | $126,000.00 | | $126,000.00 | FA |
| 9  Unsalable Tires - abandoned by Trustee 5/29/19 Doc. #175 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes:  For complete list, see attached exhibit to abandonment (Doc. #175) | | | | | |
| 10  Fraudulent transfer to La Mia Bella Famiglia LP  (u) | $372,000.00 | $372,000.00 | | $567.45 | FA |
| Asset Notes:  Claim (claim #1) filed in La Mia Bella Ch 7 case E.D. of Texas #18-41524 by Trustee on 11/16/18. | | | | | |
| **TOTALS (Excluding unknown value)** | **$3,794,000.00** | **$498,002.00** | | **$2,273,393.01** | **Gross Value of Remaining Asset**  **$2.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 18-50300 | | | Trustee Name: | Amy L. Bostic |
| Case Name: | LANDASH CORPORATION | | | Date Filed (f) or Converted (c): | 01/22/2018 (f) |
| For the Period Ending: | 07/05/2022 | | | §341(a) Meeting Date: | 03/19/2018 |
| | | | | Claims Bar Date: | 07/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/16/2022 | Various parties to the adversary filed a request with the Court for a Status conference since motion have been pending in that adversary for approximately a year without any action.  Trustee cannot further administer the estate until Court disposes of the adversary. |
| 04/26/2022 | Trustee and remaining Defendants in the adversary proceeding have had discussions relating to possible global settlement discussions and regarding the possible disposition of the adversary proceeding. |
| 04/01/2022 | Trustee continues to monitor the pending  adversary proceeding relating to the tire sale proceeds.  Several motions for summary judgment remain pending. |
| 02/16/2022 | Trustee has received a distribution from the Chapter 7 Trustee in Texas in the La Mia Bella Familia case. |
| 02/16/2022 | Distribution received from La Mia Bella CH 7 bankruptcy case.  tsoma |
| 01/20/2022 | Final payment received for Wells Fargo compromise.  tsoma |
| 01/07/2022 | Trustee continues to monitor the adversary proceeding relating to the tire proceeds.  Several motion for summary judgment have been filed but ho rulings have been issued. |
| 01/07/2022 | Trustee has collected the full balance due from Wells Financing. |
| 12/15/2021 | 4th payment on Wells Fargo Financing settlement received.  tsoma |
| 11/16/2021 | 3rd payment on Wells Fargo Financing Settlement received.  tsoma |
| 10/26/2021 | Abington has stipulated a Notice of Dismissal our of the Tire adversary and withdrawn all claims in each case.  Trustee will follow-up with mediator in case the withdrawal of Abington matters. |
| 10/19/2021 | 2nd payment on Wells Fargo Financing Settlement received.  tsoma |
| 09/28/2021 | Trustee has communicated with the Chapter 7Trustee in the John Eckerd and La Mia Bella Famiglia cases pending in Texas, relating to status of case and possible distributions. |
| 09/21/2021 | 1st payment received on Wells Fargo settlement.  tsoma |
| 09/07/2021 | Received 1st payment on Wells Financing settlement.  tsoma |
| 08/20/2021 | The Court has entered an order approving the compromise of the Wells Financing adversary proceeding.  Trustee will collect the payments due under this settlement. |
| 08/20/2021 | The mediator in the tire proceeds  adversary proceeding has informed the parties that not all parties consented to further mediation so no further mediation is planned. |
| 07/29/2021 | The mediator in the tire proceeds adversary proceeding has contacted trustee and all other parties to determine if there is ay interest in further settlement talks/mediation.  Trustee indicated a willingness to participate. |
| 07/14/2021 | Trustee has filed a motion for authority to compromise, seeking a court order authorizing her to compromise Adversary No. 20-04020-MXM; Amy L. Bostic, Trustee v. Wells Financing, Inc. in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division. Under the terms of the proposed compromise, Defendant, Wells Financing, Inc. will pay a total of $126,000.00 to Trustee.  Wells Financing shall make an initial payment of $30,000.00, and then it shall make monthly payments in the amount of $8,000.00 for a total of 12 months.   The Adversary Proceeding shall be dismissed, and Wells Financing will withdraw claims filed in these cases. |
| 06/18/2021 | Special counsel has provided the Trustee with a draft of a settlement agreement in the Wells Financing litigation.  Trustee and special counsel are working on revisions to that agreement, which will then be incorporated into a motion for authority to compromise. |
| 06/04/2021 | Trustee is in communications with special counsel relating to status of the Wells Financing settlement agreement.  Trustee will file a  motion for authority to compromise once the settlement agreement is presented. |
| 05/13/2021 | Subject to Court approval, Trustee has accepted a settlement in the Wells Financing litigation.  The Defendant will pay a total of $126,000.  Proposed terms are $30,000 down and $8000 a month for 12 months.  special counsel and opposing counsel are working on a draft settlement agreement. |
| 04/14/2021 | Several parties have filed objections to motions for summary judgment in the tire proceeds adversary proceeding.  No trial date has been set. |
| 04/02/2021 | The Wells Financing mediation concluded without a settlement, but the parties are continuing to talk. |

|  |  |  | **SUBTOTALS** | **$0.00** | **$0.00** |

Case 2:18-bk-50300   Doc 213   Filed 07/08/22   Entered 07/08/22 08:42:31   Desc
Page 3 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3

| Case No.: | 18-50300 | | | Trustee Name: | Amy L. Bostic |
| Case Name: | LANDASH CORPORATION | | | Date Filed (f) or Converted (c): | 01/22/2018 (f) |
| For the Period Ending: | 07/05/2022 | | | §341(a) Meeting Date: | 03/19/2018 |
| | | | | Claims Bar Date: | 07/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/25/2021 | Court has set a mediation for March 31, 2021 in the Wells Financing litigation. |
| 03/19/2021 | Several Defendants have filed motions for summary judgment in the tire proceeds adversary proceeding. |
| 03/17/2021 | Two Defendants have filed motions for summary judgment in the adversary proceeding. |
| 02/19/2021 | Court has entered a revised scheduling order in the adversary proceeding. Dispositive motions are due by March 15, 2021. |
| 02/08/2021 | Trustee has received a settlement offer in the Wells Financing litigation pending in Texas and is making a counteroffer. Matter is set for trial in April 2021. |
| 01/22/2021 | Court conducted a telephonic conference relating to discovery issues in the adversary proceeding. |
| 12/16/2020 | The mediation in the adversary proceeding has concluded without settlement. Parties are still discussing settlement options and are proceeding with discovery. |
| 10/23/2020 | Mediation in the adversary proceeding has been set for November 2020. |
| 07/30/2020 | Court has held another status conference in the adversary proceeding. Parties are considering mediation. |
| 06/15/2020 | Trustee continues to monitor the adversary proceeding against Wells Financing. Special counsel has reported that the Court has directed the filing of a more specific compliant; Trustee has also received and is reviewing a settlement offer. |
| 05/05/2020 | Trustee continues to address service and related issue sin the tire proceeds adversary proceeding. |
| 03/19/2020 | Trustee continues to monitor the litigation filed by special counsel in Texas against Wells Financing. Matter has been assigned to a new judge and is proceeding. Status Conference has been set for May 5, 2020. |
| 02/26/2020 | The Court has conducted another status conference in the adversary proceeding and has set a preliminary pretrial conference for April 22, 2020. |
| 02/21/2020 | Trustee is filing additional motions for default judgment and addressing service issues in the adversary proceeding. |
| 02/21/2020 | Several Defendants have filed answers in the adversary proceeding. |
| 12/10/2019 | Trustee is filings motions for default judgment in adversary proceeding. The next status conference is December 11, 2019. |
| 12/02/2019 | Trustee secured supplemental bond for this case.  tsoma |
| 10/31/2019 | The Court held a status conference in the tire proceeds adversary proceeding. Next status conference is set for December 11, 2019. |
| 08/12/2019 | The Court has entered a case management order in the tire proceeds adversary proceeding which sets an answer deadline of September 30, 2019 for certain classes of Defendants. |
| 07/11/2019 | Trustee has filed a motion in the adversary proceeding for a case management conference. |
| 07/10/2019 | Trustee filed adversary proceeding no. 19-2089 against over 100 Defendants seeking declaratory judgments and avoidance of unperfected security interests in the Tires sold by Trustee. |
| 07/03/2019 | Report of Sale filed for auction of tires |
| 06/11/2019 | The Defendant in the Wells Financing adversary proceeding has filed a Motion to Dismiss.  special counsel is preparing a response. |
| 05/30/2019 | Trustee has sought an additional extension of time through July 31, 2019  in the XPO adversary proceeding to respond or answer. |
| 05/29/2019 | Trustee has abandoned the remaining tires. |
| 05/24/2019 | Special counsel has met with opposing counsel in the Wells Financing litigation and has received relevant documents. Defendant's answer is due on May 28, 2019. |
| 04/30/2019 | Trustee has filed a motion to pay additional auctioneer expenses. Trustee has also filed a notice of proposed abandonment of the tires which did not sell at auction. |
| 03/29/2019 | Trustee, through special counsel, has filed litigation asserting fraudulent transfer claims against Wells Financing in the United States District Court, ND Texas, Case No.  3-19-cv-00774. |
| 03/28/2019 | Trustee has filed a motion to extend answer date in XPO adversary proceeding. |
| 03/22/2019 | The Court has approved the retention of special counsel to handle to Wells Financing litigation. |
| 02/05/2019 | Trustee has filed an application to retain special counsel to handle a fraudulent transfer claim against Wells Financing. |
| 01/30/2019 | The auction has concluded, although several old, used tires remain unsold. |

|  |  | SUBTOTALS | $0.00 | $0.00 |
|---|---|---|---|---|

**FORM 1**
Page No: 4

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 18-50300 | | | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|---|
| Case Name: | LANDASH CORPORATION | | | Date Filed (f) or Converted (c): | 01/22/2018 (f) |
| For the Period Ending: | 07/05/2022 | | | §341(a) Meeting Date: | 03/19/2018 |
| | | | | Claims Bar Date: | 07/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 12/13/2018 | The first phase of the tire auction has concluded. Used tires that did not receive bids are being auctioned again with a lower minimum bid. |
| 11/19/2018 | The auction of the tires has commenced. |
| 11/19/2018 | Trustee has filed proofs of claims in several Chapter 7 bankruptcy cases pending inn the S.D. Texas--John Eckerd, La Mia Bella Famiglia, Imaginomics, Trident Lake Property and Ho Provato. |
| 11/16/2018 | Trustee has dismissed the Tujague adversary proceeding without prejudice due to reasons set forth jn prior court order--not all parties were named in complaint, compliant violated automatic stay, etc. |
| 11/13/2018 | The Court has entered the order substituting Trustee as Plaintiff in the Tujague adversary proceeding. |
| 10/16/2018 | The Court has entered the order authorizing the sale of tires at on-line auction. |
| 10/09/2018 | Trustee has filed a motion to substitute as Plaintiff in adversary proceeding 18-2114 |
| 10/04/2018 | Court has entered an order denying the extension of the preliminary injunction. |
| 10/04/2018 | Trustee has had additional communications with the Chapter 7 Trustee for John Eckerd and related cases pending in the ED Texas relating to matters raised in adversary proceeding no. 18-2114 and possible other joint interests. |
| 10/03/2018 | Trustee attended the hearing on the extension of the preliminary injunction in adversary proceeding 18-2114. Matter under advisement. |
| 09/28/2018 | Adversary proceeding No. 18-2114 has been docketed in the SD Ohio. This is part of a lawsuit filed by creditor, Lucien Tujague, Jr. against Jason Adkins and the Castro Family Trust in the District Court for the ED Texas. The District Court Judge severed the fraudulent transfer portion of the litigation and ordered it transferred to the bankruptcy court for the SD Ohio. Creditor has obtained a preliminary injunction which expires at the end of the day on October 4, 2018 with respect to assets held by the Trust. A hearing on the extension of the injunction is set for October 3, 2018. Trustee is reviewing pleadings and is investigating her possible role in this adversary proceeding. |
| 09/27/2018 | Trustee attended a hearing on the motion filed by Abington Emerson Capital for a comfort order to allow it to continue prosecution of its District Court litigation against non-debtor entities. The Court orally ruled that a comfort order would be granted except with respect to any causes of action which addressed ownership or other interests in the tires. |
| 09/25/2018 | The Bankruptcy Court conducted a lengthy hearing on the Trustee's Motion for Authority to Sell Tires and on the objections filed thereto. The Court orally ruled that the sale of all tires would be authorized with all i9nterests to attach to the sale proceeds. Order has been submitted. |
| 08/30/2018 | The Court has set the hearing on the sale motion for September 25, 2018. |
| 08/28/2018 | Various parties have filed objections or memoranda in support of Trustee's motion for authority to sell tire inventory. The matter is set for hearing on September 25, 2018. |
| 08/28/2018 | Trustee has entered an appearance in 4 bankruptcy cases filed in the E.D. Texas by John Eckerd and related companies. Mr. Eckerd is a pre-petition business associate of Landash Corporation. Trustee is working with the Chapter 7 Trustee in those cases and she has opposed a motion for relief from automatic stay filed by a creditor. Trustee is investigating whether she has any claim against Mr. Eckerd and his companies and whether any estate assets are involved on those cases. |
| 08/06/2018 | Trustee has filed a motion for joint administration with Jason E. Adkins case. |
| 08/06/2018 | Trustee has filed a motion for authority to sell tire inventory. |
| 07/29/2018 | Court has approved the sale of the Land Rover. |
| 06/21/2018 | Trustee has filed a motion for authority to sell a Land Rover Motor vehicle owned by the Debtor. Trustee will receive $2,000 if the sale is approved. |
| 06/20/2018 | Trustee and counsel continue to meet with secured creditors (in the tires) to discuss sale process and subsequent adversary proceeding for distribution of any funds. |
| 06/19/2018 | The Court has entered an order approving retention of an auctioneer to sell the tire inventory in Houston, TX. |
| 04/20/2018 | Trustee has objected to a motion for relief from automatic stay filed with respect to a Land Rover motor vehicle. Trustee is negotiating an agreed order that would allow for the sale of the motor vehicle, with any remaining proceeds to be paid to Trustee. |

| | | | | SUBTOTALS | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

FORM 1

Page No: 5

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 18-50300 | Trustee Name: | Amy L. Bostic |
|---|---|---|---|
| Case Name: | LANDASH CORPORATION | Date Filed (f) or Converted (c): | 01/22/2018 (f) |
| For the Period Ending: | 07/05/2022 | §341(a) Meeting Date: | 03/19/2018 |
| | | Claims Bar Date: | 07/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 04/17/2018 | Trustee conducted and concluded the meeting of creditors. Trustee has met with counsel for the secured creditors with liens on the Debtor's inventory to structure a framework within which the inventory (tires) will be liquidated. Trustee has communicated with a potential auctioneer in the Houston area to view and appraise the inventory. Trustee has communicated with XPO to arrange for auctioneer to have full access to the tires. Trustee has communicated with numerous unsecured creditors also claiming interests in the inventory. |
| 03/02/2018 | Trustee will investigate all aspects of the Debtor's business including, but not limited to all existing assets, transfers of assets either in the ordinary course of business or outside thereof, incurrence of the secured debt, and solicitation and incurrence of the unsecured debt. Trustee will also investigate all aspects of business operations of the Debtor, by reviewing all tax returns, bank statements and any other financial records of the Debtor. |

| Initial Projected Date Of Final Report (TFR): | 04/16/2019 | Current Projected Date Of Final Report (TFR): | 05/31/2023 | /s/ AMY L. BOSTIC |
|---|---|---|---|---|
| | | | | AMY L. BOSTIC |

Case 2:18-bk-50300  Doc 213  Filed 07/08/22  Entered 07/08/22 08:42:31  Desc
Page 6 of 12

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 18-50300 | | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|
| Case Name: | LANDASH CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8053 | | Checking Acct #: | ******0300 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/06/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 07/05/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/07/2019 | | Shattuck Auction | partial proceeds from auction of tires. | * | $1,032,544.75 | | $1,032,544.75 |
| | {3} | | $1,197,905.50 | 1129-000 | | | $1,032,544.75 |
| | | | Auctioneer's fees ($163,360.75) | 3630-000 | | | $1,032,544.75 |
| | | | Auctioneer's expenses ($2,000.00) | 3640-000 | | | $1,032,544.75 |
| 01/17/2019 | 3001 | Insurance Partners Agency, Inc. | Invoice #693466 - supplemental bond | 2300-000 | | $74.00 | $1,032,470.75 |
| 02/05/2019 | | Shattuck Auction | proceeds from 2nd auction of tires | * | $819,521.87 | | $1,851,992.62 |
| | {3} | | $948,920.06 | 1129-000 | | | $1,851,992.62 |
| | | | Auctioneer's commission ($129,398.19) | 3630-000 | | | $1,851,992.62 |
| 06/12/2019 | 3002 | Shattuck LLC | Additional expenses per Order entered 6/10/19 Doc. #177 | 3640-000 | | $1,539.00 | $1,850,453.62 |
| 11/22/2019 | 3003 | Insurance Partners Agency, Inc. | Bond Premium Invoice #363477 | 2300-000 | | $609.81 | $1,849,843.81 |
| 01/06/2020 | 3004 | Insurance Partners Agency, Inc. | Supplemental Bond for period 11/1/2019 to 11/1/2020 | 2300-000 | | $304.00 | $1,849,539.81 |
| 12/07/2020 | 3005 | Insurance Partners Agency, Inc. | Invoice #580776 | 2300-000 | | $602.96 | $1,848,936.85 |
| 12/07/2020 | 3006 | Insurance Partners | Supplemental Bond - Invoice #580778 | 2300-000 | | $405.00 | $1,848,531.85 |
| 12/14/2021 | 3007 | Insurance Partners | Bond premium - Invoice #825917 | 2300-000 | | $141.00 | $1,848,390.85 |
| 12/14/2021 | 3008 | Insurance Partners Agency, Inc. | Supplemental Bond - Invoice #825916 | 2300-000 | | $405.00 | $1,847,985.85 |
| 03/29/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $1,847,985.85 | $0.00 |

**SUBTOTALS**  $1,852,066.62  $1,852,066.62

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-50300 | |
| **Case Name:** | LANDASH CORPORATION | |
| **Primary Taxpayer ID #:** | **-***8053 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/06/2021 | |
| **For Period Ending:** | 07/05/2022 | |

| | |
|---|---|
| **Trustee Name:** | Amy L. Bostic |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0300 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,852,066.62 | $1,852,066.62 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,847,985.85 | |
| | | | **Subtotal** | | $1,852,066.62 | $4,080.77 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,852,066.62 | $4,080.77 | |

| For the period of 07/06/2021 to 07/05/2022 | | For the entire history of the account between 12/14/2018 to 7/5/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $2,146,825.56 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $2,146,825.56 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $546.00 | Total Compensable Disbursements: | $298,839.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $546.00 | Total Comp/Non Comp Disbursements: | $298,839.71 |
| Total Internal/Transfer Disbursements: | $1,847,985.85 | Total Internal/Transfer Disbursements: | $1,847,985.85 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-50300 | | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|
| Case Name: | LANDASH CORPORATION | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8053 | | Checking Acct #: | ******0300 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/06/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 07/05/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/07/2021 | | Quilling, Selander, Lownds, Winslett & Moser | Wells Financing compromise settlement | | * | $17,679.27 | | $17,679.27 |
| | {8} | | | $30,000.00 | 1249-000 | | | $17,679.27 |
| | | | special counsel expenses per compromise order | ($534.55) | 3220-000 | | | $17,679.27 |
| | | | special counsel attorneys fees per compromise motion | ($11,786.18) | 3210-000 | | | $17,679.27 |
| 09/21/2021 | | Quilling, Selander, Lownds, Winslett & Moser | Wells Fargo compromise settlement | | * | $4,800.00 | | $22,479.27 |
| | {8} | | | $8,000.00 | 1249-000 | | | $22,479.27 |
| | | | contingent fee on Wells Fargo settlement | ($3,200.00) | 3210-000 | | | $22,479.27 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $22.61 | $22,456.66 |
| 10/19/2021 | | Quilling, Selander, Lownds, Winslett & Moser | Wells Fargo compromise settlement | | * | $4,800.00 | | $27,256.66 |
| | {8} | | | $8,000.00 | 1249-000 | | | $27,256.66 |
| | | | contingent fee | ($3,200.00) | 3210-000 | | | $27,256.66 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $34.99 | $27,221.67 |
| 11/16/2021 | | Quilling, Selander, Lownds, Winslett & Moser | Wells Fargo compromise | | * | $4,800.00 | | $32,021.67 |
| | {8} | | | $8,000.00 | 1249-000 | | | $32,021.67 |
| | | | contingent fee | ($3,200.00) | 3210-000 | | | $32,021.67 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $43.07 | $31,978.60 |
| 12/15/2021 | | Quilling, Selander, Lownds, Winslett & Moser PC | Wells Fargo compromise settlement | | * | $4,800.00 | | $36,778.60 |
| | {8} | | | $8,000.00 | 1249-000 | | | $36,778.60 |
| | | | Attorney's fees per compromise order | ($3,200.00) | 3210-000 | | | $36,778.60 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | | 2600-000 | | $50.13 | $36,728.47 |
| | | | **SUBTOTALS** | | | $36,879.27 | $150.80 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 18-50300 | |
| Case Name: | LANDASH CORPORATION | |
| Primary Taxpayer ID #: | **-***8053 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 07/06/2021 | |
| For Period Ending: | 07/05/2022 | |

| | | |
|---|---|---|
| Trustee Name: | Amy L. Bostic | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******0300 | |
| Account Title: | | |
| Blanket bond (per case limit): | $2,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2022 | | Quilling, Selander, Lownds, Winslett & Moser | Wells Fargo compromise settlement | * | $38,400.00 | | $75,128.47 |
| | {8} | | $64,000.00 | 1249-000 | | | $75,128.47 |
| | | | attorneys' contingent fee  ($25,600.00) | 3210-000 | | | $75,128.47 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $74.09 | $75,054.38 |
| 02/16/2022 | (10) | MICHELLE H. CHOW, CHAPTER 7 TRUSTEE | distribution on claim filed in La Mia Bella chapter 7 case for fraudulent tranfer | 1241-000 | $567.45 | | $75,621.83 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $109.81 | $75,512.02 |
| 03/29/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $75,512.02 | $0.00 |
| | | | TOTALS: | | $75,846.72 | $75,846.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $75,512.02 | |
| | | | Subtotal | | $75,846.72 | $334.70 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $75,846.72 | $334.70 | |

| For the period of 07/06/2021 to 07/05/2022 | | For the entire history of the account between 09/07/2021 to 7/5/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $126,567.45 | Total Compensable Receipts: | $126,567.45 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $126,567.45 | Total Comp/Non Comp Receipts: | $126,567.45 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $51,055.43 | Total Compensable Disbursements: | $51,055.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,055.43 | Total Comp/Non Comp Disbursements: | $51,055.43 |
| Total Internal/Transfer Disbursements: | $75,512.02 | Total Internal/Transfer Disbursements: | $75,512.02 |

| Case No. | 18-50300 | | Trustee Name: | Amy L. Bostic |
|---|---|---|---|---|
| Case Name: | LANDASH CORPORATION | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8053 | | Checking Acct #: | ******0002 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 07/06/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 07/05/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $1,847,985.85 | | $1,847,985.85 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $2,658.14 | $1,845,327.71 |
| 05/14/2022 | | Pinnacle Bank | REVERSAL: Service Charge | 2600-000 | | ($2,658.14) | $1,847,985.85 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $2,745.39 | $1,845,240.46 |
| 06/14/2022 | | Pinnacle Bank | REVERSAL: Service Charge | 2600-000 | | ($2,745.39) | $1,847,985.85 |
| | | | **TOTALS:** | | $1,847,985.85 | $0.00 | $1,847,985.85 |
| | | | **Less: Bank transfers/CDs** | | $1,847,985.85 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 07/06/2021 to 07/05/2022 | | For the entire history of the account between 03/29/2022 to 7/5/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $1,847,985.85 | Total Internal/Transfer Receipts: | $1,847,985.85 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 18-50300 | | | Trustee Name: | Amy L. Bostic |
| Case Name: | LANDASH CORPORATION | | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***8053 | | | Checking Acct #: | ******0003 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 07/06/2021 | | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 07/05/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $75,512.02 | | $75,512.02 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $108.61 | $75,403.41 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $112.07 | $75,291.34 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $108.29 | $75,183.05 |

|  |  |  |
|---|---|---|
| TOTALS: | $75,512.02 | $328.97 | $75,183.05 |
| Less: Bank transfers/CDs | $75,512.02 | $0.00 | |
| Subtotal | $0.00 | $328.97 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $328.97 | |

| For the period of 07/06/2021 to 07/05/2022 | | For the entire history of the account between 03/29/2022 to 7/5/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $75,512.02 | Total Internal/Transfer Receipts: | $75,512.02 |
| | | | |
| Total Compensable Disbursements: | $328.97 | Total Compensable Disbursements: | $328.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $328.97 | Total Comp/Non Comp Disbursements: | $328.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 7

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-50300 | |
| **Case Name:** | LANDASH CORPORATION | |
| **Primary Taxpayer ID #:** | **-***8053 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/06/2021 | |
| **For Period Ending:** | 07/05/2022 | |

| | |
|---|---|
| **Trustee Name:** | Amy L. Bostic |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0003 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,927,913.34 | $4,744.44 | $1,923,168.90 |

| For the period of 07/06/2021 to 07/05/2022 | | For the entire history of the account between 03/29/2022 to 7/5/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $126,567.45 | Total Compensable Receipts: | $2,273,393.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $126,567.45 | Total Comp/Non Comp Receipts: | $2,273,393.01 |
| Total Internal/Transfer Receipts: | $1,923,497.87 | Total Internal/Transfer Receipts: | $1,923,497.87 |
| | | | |
| Total Compensable Disbursements: | $51,930.40 | Total Compensable Disbursements: | $350,224.11 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $51,930.40 | Total Comp/Non Comp Disbursements: | $350,224.11 |
| Total Internal/Transfer Disbursements: | $1,923,497.87 | Total Internal/Transfer Disbursements: | $1,923,497.87 |

/s/ AMY L. BOSTIC

AMY L. BOSTIC